ACCEPTED
03-14-00561-CV
13160289
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/10/2016 5:57:07 PM
JEFFREY D. KYLE
CLERK

## NO. 03-14-00561-CV

## TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
10/10/2016 5:57:07 PM
JEFFREY D. KYLE
Clerk

### KEVIN BIERWIRTH
Appellant

v.

### FEDERAL NATIONAL MORTGAGE ASSOCIATION
Appellee.

## APPELLANT'S MOTION TO EXTEND TIME FOR FILING APPELLANT'S MOTION FOR REHEARING EN BANC

## TO THE HONORABLE COURT OF APPEALS:

Kevin Bierwirth, Appellant, moves this Court to grant an extension of time to file Appellant's Motion for Rehearing En Banc and respectfully states:

1. Appellant's Motion for Rehearing En Banc was due on October 6, 2016.

2. Appellant seeks a five day extension of time to file Appellant's Motion for Rehearing En Banc from the due date of the filing of the Motion, which would make Appellant's Motion due on or before October 11, 2016.

4. This extension of time is necessary because Appellant, required additional time to write the Motion.

5. This is the first extension of time Appellant has sought for the filing his Motion for Rehearing En Banc.

For these reason, Kevin Bierwirth requests that this court render an order

extending the time for filing Appellant's Motion for Rehearing En Banc to and including October 11, 2016.

Kevin Bierwirth
13276 Research Blvd. Ste. 204
Austin, Texas 78750
(512) 825-0331

## CERTIFICATE OF CONFERENCE

On October 10, 2016, an attempt was made to confer with Douglas G. Dent, attorney for the Appellee, in order to confer as to the extension but was unable to reach Mr. Dent.

Kevin Bierwirth

## CERTIFICATE OF SERVICE

On October 11, 2016, a copy of the attached motion for extension of time was sent by U. S. Postal Service to:

Douglas G. Dent
6836 Bee Caves Road, Bldg. 3, Suite 303
Austin, TX 78746